2/24/2012

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

| | |
|---|---|
| In the Matter of the Search of ) | |
| *(Briefly describe the property to be searched* ) | |
| *or identify the person by name and address)* ) | Case No. 1:11SW226 |
| Various Items of Digital Evidence Described in Attachment B ) | |
| and Located at 1400 Wilson Blvd., Arlington, VA 22209 ) | |
| ) | |

**DEFENDANT'S EXHIBIT**
**3**

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Eastern _____ District of _____ Virginia _____
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A.

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____June 1, 2011_____
                                                                            *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____John F. Anderson_____ .
                *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐for _____ days *(not to exceed 30)*.
                                                    ☐until, the facts justifying, the later specific date of _____

Date and time issued:  May 18, 2011 _____        _____
                                                                                            *Judge's signature*

City and state:    Alexandria, Virginia _____        Hon. John F. Anderson, Magistrate Judge
                                                                                    *Printed name and title*

2/24/2012

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: items listed on Attachment B; currently located at 1400 Wilson Blvd, Arlington, VA 22209 | Case No. 1:11SW<br><br>UNDER SEAL |

### AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, Michael Juni, a Special Agent with the U.S. Department of State, Diplomatic Security

Service, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rule 41 of the Federal

Rules of Criminal Procedure for a warrant to search Items listed in ATTACHMENT B,

hereinafter referred to as "DEVICES," which are currently stored, in law enforcement

possession, at the U.S. Department of State, Diplomatic Security Service, Computer

Investigations and Forensics Division, for certain things particularly described in Attachment A.

There is probable cause to believe that the DEVICES contain evidence of violations of Title 18,

United States Code, Sections 2252A(a)(2), Receipt or Distribution of Child Pornography, and

2252A(a)(5)(B), Possession of Child Pornography.

2.      I am a Special Agent with the U.S. Department of State, Diplomatic Security

Service, and have been since June 2008. I am assigned to the Computer Investigations and

222

2/24/2012

Forensics Division, which provides computer forensics support for the Department of State. I have been trained at the Defense Cyber Investigations Training Academy, at Linthicum, Maryland in the seizure and analysis of electronically stored information. I have also completed numerous law enforcement academies and training seminars, including the Federal Law Enforcement Criminal Investigators Training Program at Brunswick, Georgia.

3.    I submit this affidavit based upon my personal knowledge and upon information that I have received from other law enforcement officers and personnel. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.    On November 9, 2010, a federal search warrant was executed at a residence located at 1816 2nd Avenue, Rock Island, Illinois, in the Central District of Illinois, by agents from the U.S. Department of State, Diplomatic Security Service, as part of a document fraud and identity theft investigation. The search warrant authorized the seizure of, among other items, computers and electronic media, and the search of those DEVICES for evidence of violations of 18 U.S.C. § 1542. At the time of the search, agents seized various computer and electronic media device's, including the DEVICES that is the subject of this search warrant.

5.    The DEVICES are currently in the lawful possession of the U.S. Diplomatic Security Service, Computer Investigations and Forensics Division office located in Arlington, Virginia, in the Eastern District of Virginia. It was sent to this location on November 9, 2010, for a computer forensics examination after it was seized in Rock Island, Illinois, pursuant to the

2

223

2/24/2012

above referenced federal search warrant. Therefore, while the U.S. Diplomatic Security Service might already have all necessary authority to search the DEVICES, I seek this additional warrant out of an abundance of caution to be certain that a search of the DEVICES will comply with the Fourth Amendment and other applicable laws.

6.    The DEVICES are currently in storage at 1400 Wilson Blvd, Arlington, VA 22209. In my training and experience, I know that the DEVICES have been stored in a manner in which its contents are, to the extent material to this investigation, in substantially the same state as they were when the DEVICES first came into the possession of the U.S. Diplomatic Security Service, Computer Investigations and Forensics Division.

7.    On December 17, 2010, Scott McNamee, a contract Computer Forensic Analyst at the U.S. Diplomatic Security Service, Computer Investigations and Forensics Division in Arlington, Virginia, commenced a digital forensic examination of the DEVICES pursuant to the above referenced federal search warrant. Mr. McNamee has been a law enforcement officer and special agent for the past thirty years; most recently as a special agent assigned to the Department of Homeland Security, Coast Guard Investigative Service's Electronic Crimes Section. In that capacity he has investigated over fifteen child exploitation cases involving digital media. Mr. McNamee graduated from the Rhode Island Municipal Police Academy and holds a certification as a Certified Digital Forensic Examiner from the Defense Cyber Investigations Training Academy. He also has specialized training from the National Center for Missing & Exploited Children in protecting children online and the Institute of Police Technology and Management in Deviant Sexual Behavior and Related Criminal Activity. Mr. McNamee is a

3

2/24/2012

former member of the Northwest Internet Crimes against Children Task Force. He still serves as a reserve special agent with the Coast Guard Investigative Service.

8. Because of the amount of data seized during the execution of the search warrant, the forensic case was broken down into four segments consisting of two terabytes each.

9. Prior to beginning his forensic examination of the DEVICES, Mr. McNamee accomplished a series of pre-processing and indexing steps of the files found on the DEVICES. One of the processes used was Known File Filters. Known File Filters identify files based on known hash values. Among other things, the Known File Filters alert on files identified as dangerous (e.g. malware) and/or contraband (e.g. known child pornography). The National Center for Missing and Exploited Children's Child Victim Identification Program (CVIP) provides the hash values of known child pornography files to law enforcement. This enables law enforcement to identify child pornography based on the hash value of a file alone. The first two segments, U.S. Department of State, Diplomatic Security Service, Computer Investigations and Forensics Division case number CIF10-151-0001-0031 and CIF10-151-0033-068 were examined and other then noted within search warrant 1:11SW.69 did not to alert to any known dangerous or contraband files.

10. During his examination of the third segment of the DEVICES in CIF10-151-0068-0078, a file was discovered during the pre-processing step as having a Known File Filter alert. The file named "[boy + man]!!!!!!! 6-7 boy strip, suck, fucked by man-trazcollection!.mpg" was identified as child pornography by the Known File Filter based on the hash value of the file. The hash value of the video file in question matches the hash value of a file of known child pornography as identified by National Center for Missing and Exploited

4

2/24/2012

Children.  Mr. McNamee opened the video file briefly to be sure it was a working video file and observed an image of a prepubescent male and an adult male, the adult male appeared to be performing anal sex on the prepubescent male.

11.    All processing of the DEVICES stopped once Mr. McNamee identified the known child pornography file.

## TECHNICAL TERMS

12.    Based on my training and experience, I use the following technical terms to convey the following meanings:

a.    "Computer" means "an electronic, magnetic, optical, electrochemical, or other high speed data processing DEVICES performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such DEVICES." *See* 18 U.S.C. § 1030(e)(1).

b.    "Computer hardware" means all equipment that can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data.  Computer hardware includes any data-processing DEVICES (including, but not limited to, central processing units, internal and peripheral storage DEVICES such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage DEVICES); peripheral input/output DEVICES (including, but not limited to, keyboards, printers, video display monitors, modems, routers, scanners and related communications DEVICES such as cables and connections), as well as any

5

226

2/24/2012

DEVICES, mechanisms, or parts that can be used to restrict access to computer hardware (including, but not limited to, physical keys and locks).

c. "Computer software" means digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

d. Storage Medium: A storage medium is any physical object upon which computer data can be recorded. Examples include hard disks, floppy disks, flash memory, CD-ROMS, and several other types of magnetic or optical media not listed here.

e. IP Address: An Internet Protocol address (or simply "IP address") is a unique numeric address used by computers on the Internet. An IP address is a series of four numbers, each in the range 0-255, separated by periods (e.g., 121.56.97.178). Every computer attached to the Internet computer must be assigned an IP address so that Internet traffic sent from and directed to that computer may be directed properly from its source to its destination. Most Internet service providers control a range of IP addresses. Some computers have static—that is, long-term—IP addresses, while other computers have dynamic—that is, frequently changed—IP addresses.

f. Internet: The Internet is a global network of computers and other electronic DEVICES that communicate with each other. Due to the structure of the Internet, connections between DEVICES on the Internet often cross state and international

6

227

2/24/2012

borders, even when the DEVICES communicating with each other are in the same state.

g. "Child Erotica" means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, obscene or that do not necessarily depict minors in sexually explicit poses or positions.

h. "Child Pornography" means the definition in 18 U.S.C. § 2256(8) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct), as well as any visual depiction, the production of which involves the use of a minor engaged in sexually explicit conduct. *See* 18 U.S.C. §§ 2252 and 2256(2)(8).

i. "Computer passwords and data security DEVICES" means information or items designed to restrict access to or hide computer software, documentation, or data. Data security DEVICESs may consist of hardware, software, or other programming code. A password (a string of alpha-numeric characters) usually operates a sort of digital key to "unlock" particular data security DEVICES. Data security hardware may include encryption DEVICES, chips, and circuit boards. Data security software of digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when

7

228

2/24/2012

touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

j.  "Internet Service Providers" or "ISPs" mean commercial organizations which provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers, including access to the Internet, web hosting, e-mail, remote storage, and co-location of computers and other communications equipment. ISPs can offer various means by which to access the Internet including telephone based dial-up, broadband based access via a digital subscriber line (DSL) or cable television, dedicated circuits, or satellite based subscription. ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth that the connection supports. Many ISPs assign each subscriber an account name such as a user name or screen name, an e-mail address, and an e-mail mailbox, and the subscriber typically creates a password for the account. By using a computer equipped with a telephone or cable modem, the subscriber can establish communication with an ISP over a telephone line or through a cable system, and can access the Internet by using his or her account name and password.

k.  "Minor" means any person under the age of eighteen years. *See* 18 U.S.C. § 2256(1).

l.  A "modem" translates signals for physical transmission to and from the Internet Service Provider, which then sends and receives the information to and from other computers connected to the Internet.

8

229

2/24/2012

m. A "router" often serves as a wireless access point and directs traffic between computers connected to a network (whether by wire or wirelessly). A router connected to the Internet collects traffic bound for the Internet from its client machines and sends out requests on their behalf. The router also distributes to the relevant client inbound traffic arriving from the Internet. The router is in turn typically connected to a modem.

n. "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. See 18 U.S.C. § 2256(2).

o. "Visual depictions" include undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image. See 18 U.S.C. § 2256(5).

p. "Website" consists of textual pages of information and associated graphic images. The textual information is stored in a specific format known as Hyper-Text Mark-up Language (HTML) and is transmitted from web servers to various web clients via Hyper-Text Transport Protocol (HTTP).

13.    In my training and experience, examining data stored on DEVICESs of this type can uncover, among other things, evidence that reveals or suggests who possessed or used the DEVICES.

9

230

2/24/2012

## ELECTRONIC DEVICES AND STORAGE

14.    As described above and in Attachment A, this application seeks permission to search and seize things that the DEVICES might contain, in whatever form they are stored. Based on my knowledge, training, and experience, I know that electronic DEVICES can store information for long periods of time. Even when a user deletes information from a DEVICES, it can sometimes be recovered with forensics tools. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the DEVICES. This information can sometimes be recovered with forensics tools.

15.    Searching for the evidence described in Attachment A may require a range of data analysis techniques. In some cases, agents and computer analysts may be able to conduct carefully targeted searches that can locate evidence without requiring a time-consuming manual search through unrelated materials that may be commingled with criminal evidence. In other cases, however, such techniques may not yield the evidence described in the warrant. Criminals can mislabel or hide information, encode communications to avoid using key words, attempt to delete information to evade detection, or take other steps designed to frustrate law enforcement searches for information. These steps may require agents and law enforcement or other analysts with appropriate expertise to conduct more extensive searches, such as scanning storage areas unrelated to things described in Attachment A, or perusing all stored information briefly to determine whether it falls within the scope of the warrant. In light of these difficulties, the U.S. Department of State, Diplomatic Security Service intends to use whatever data analysis techniques appear necessary to locate and retrieve the evidence described in Attachment A.

231

2/24/2012

## CONCLUSION

16.    I submit that this affidavit supports probable cause for a warrant to search the

DEVICES and seize the items described in Attachment A.

Respectfully submitted,

_____

MICHAEL L. JUNI, Special Agent
Diplomatic Security Service
U.S. Department of State

Subscribed and sworn to before me
on August 30, 2011:

_____

THE HONORABLE IVAN D. DAVIS
UNITED STATES MAGISTRATE JUDGE

11

232

2/24/2012

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: items listed on Attachment B; currently located at 1400 Wilson Blvd, Arlington, VA 22209 | Case No. 1:11SW<br><br>UNDER SEAL |

## ATTACHMENT A

All records and items, contained in Items listed in ATTACHMENT B, (hereinafter "DEVICES"), that relate to violations of the statutes listed on the warrant, namely violations of Title 18, United States Code, Sections 2252A(a)(2), Receipt or Distribution of Child Pornography, and 2252A(a)(5)(B), Possession of Child Pornography, including:

    a.  Child pornography;

    b.  Child erotica;

    c.  Visual depictions of minors engaged in sexually explicit conduct;

    d.  Information, correspondence, records, documents or other materials constituting evidence of or pertaining to items "a" through "c" above (namely child pornography, child erotica, and visual depictions of minors engaged in sexually explicit conduct), or constituting evidence of or pertaining to the possession, receipt, distribution, or transmission through interstate or foreign commerce of

233

2/24/2012

items "a" and "c" above, or constituting evidence of or pertaining to an interest in child pornography or sexual activity with children, including:

    i.  Correspondence or communications, such as electronic mail, chat logs, and electronic messages;

    ii.  Internet usage records, user names, logins, passwords, e-mail addresses and identities assumed for the purposes of communication on the Internet, billing, account, and subscriber records, chat room logs, chat records, membership in online groups, clubs or services, connections to online or remote computer storage, and electronic files;

    iii.  Diaries, address books, names, and lists of names and addresses of individuals who may have been contacted by the computer and Internet websites;

    iv.  Shared images, "friends lists" and "thumbnails"; and

    v.  Financial records, including credit card information.

e.  Any information related to sources of child pornography (including names, addresses, phone numbers, or any other identifying information);

f.  Evidence of who used, owned, or controlled the DEVICES at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing

2

2/24/2012

history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

g. Evidence of software that would allow others to control the DEVICES, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

h. Evidence of the lack of such malicious software;

i. Evidence of the attachment to the DEVICES of other storage DEVICESs or similar containers for electronic evidence;

j. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the DEVICES;

k. Evidence of the times the DEVICES was used;

l. Contextual information necessary to understand the evidence described in this attachment.

m. Records and things evidencing the use of the Internet to communicate with search engines, including:

i. Routers, modems, and network equipment used to connect computers to the Internet;

ii. Records of Internet Protocol addresses used;

3

235

2/24/2012

iii. Records of Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

4

236

2/24/2012

**ATTACHMENT B**

| Item No | Quantity | Evidence Number | Description |
|---|---|---|---|
| 1 | 1 | CIF10-151-0001 | HP Pavilion dv9000, SN: CNF8233BRT |
| 2 | 1 | CIF10-151-0003 | Sony DVD +R "Rosetta Stone" hand written |
| 3 | 1 | CIF10-151-0005 | Toshiba Satellite laptop, SN: 28320142K |
| 4 | 1 | CIF10-151-0006 | iOmega external storage DEVICES, SN: WJA0370F6A |
| 5 | 1 | CIF10-151-0007 | Western Digital external storage DEVICES, SN: WCASU1029367 |
| 6 | 1 | CIF10-151- 0008 | Acer Aspire 5517 laptop, SN: LXPH10201000448A271601 |
| 7 | 1 | CIF10-151-0009 | Acer Aspire 5517 laptop, SN: LXPH102010004496231601 |
| 8 | 1 | CIF10-151-0010 | Verbatim USB storage DEVICES, Red |
| 9 | 1 | CIF10-151-0011 | USB thumb drive storage DEVICES, labeled "INFOCAST" |

5

237

2/24/2012

| 10 | 1 | CIF10-151-0012 | USB thumb drive storage DEVICES, labeled "HONDA" |
| 11 | 1 | CIF10-151-0013 | SWISSBIT 64MB thumb drive storage DEVICES, red in color |
| 12 | 1 | CIF10-151-0014 | SWISSBIT 64MB thumb drive storage DEVICES, red in color |
| 13 | 1 | CIF10-151-0015 | USB 2GB thumb drive storage DEVICES, black and silver in color |
| 14 | 1 | CIF10-151-0016 | Western Digital USB storage DEVICES, black in color |
| 15 | 1 | CIF10-151-0017 | IBM ThinkPad T60 laptop, SN: L3-C3857 |
| 16 | 1 | CIF10-151-0018 | Apple iPhone |
| 17 | 1 | CIF10-151-0019 | Apple iPhone |
| 18 | 1 | CIF10-151-0020 | Apple iPhone |
| 19 | 1 | CIF10-151-0021 | Dell Inspiron 1525 laptop, Service Tag# B6XGND1 |

6

238

2/24/2012

20        1        CIF10-151-0022        Hitachi Travelstar 40GB hard drive, SN:
I1S08K1089ZJ1S7FU8V8B

21        1        CIF10-151-0023        IBM IDE internal hard drive, SN:
NJ19T2812SOM

22        1        CIF10-151-0024        IBM ThinkPad laptop, SN: L3-B2366

23        1        CIF10-151-0025        USB thumb drive storage DEVICES

24        1        CIF10-151-0026        AT&T Blackberry cellular phone, silver in
color

25        1        CIF10-151-0027        Garmin Nuvi GPS DEVICES w/2GB
internal SD card

26        1        CIF10-151-0028        Sandisk Cruzer 8GB USB thumb drive, SN:
SPCZ36-008G

27        1        CIF10-151-0029        Western Digital 1TB hard drive, SN:
WMAV51015146

28        1        CIF10-151-0030        Western Digital 40GB hard drive, SN:
WMA8H3400511

29        1        CIF10-151-0031        Western Digital 250GB hard drive, SN:
WCANK1204855

7

239

2/24/2012

30    1    CIF10-151-0032    .    Sony Linear PCM MP3 recording
DEVICES, ICD-SX750

31    1    CIF10-151-0033    USB 2GB thumb drive storage DEVICES,
black in color

32    1    CIF10-151-0034    USB 2GB thumb drive storage DEVICES,
black in color

33    1    CIF10-151-0035    Sandisk Cruzer 16GB micro USB storage
DEVICES, black in color

34    1    CIF10-151-0036    Sony MIcrovault 2GB USB storage
DEVICES, black in color

35    1    CIF10-151-0037    HP 16GB USB thumb drive storage
DEVICES, black/silver in color

36    1    CIF10-151-0038    Hitachi internal IDE hard drive, SN:
DTGKG22275

37    1    CIF10-151-0039.    IBM Travelstar IDE internal hard drive, SN:
22L0089

38    1    CIF10-151-0040    HP 700MB CD-R

39    1    CIF10-151-0041    Maxell cassette tape

8

240

2/24/2012

| 40 | 12 | CIF10-151-0042-- 0053 | Misc floppy diskettes |
|---|---|---|---|
| 41 | 2 | CIF10-151-0054-- 0055 | Misc CD-R discs |
| 42 | 1 | CIF10-151-0056 | Sony DVD+R |
| 43 | 1 | CIF10-151-0057 | Verbatim Inkjet printable CD-R |
| 44 JH7Z08 | 1 | CIF10-151-0058 | SmartDisk USB storage DEVICES, SN: |
| 45 WXNY08NCA350 | 1 | CIF10-151-0059 | Western Digital external storage drive, SN: |
| 46 WCAL97561436 | 1 | CIF10-151-0060 | Western Digital storage DEVICES, SN: |
| 47 | 1 | CIF10-151-0061 | I/O Magic USB external storage DEVICES |
| 48 | 1 | CIF10-151-0062 | Maxtor storage DEVICES, SN: Y21DVE2E |
| 49 color | 1 | CIF10-151-0063 | Lacie external storage DEVICES, silver in |
| 50 WMADW1284800 | 1 | CIF10-151-0064 | Western Digital external drive, SN: |

9

241

2/24/2012

| | | | |
|---|---|---|---|
| 51 | 1 | CIF10-151-0065 | Western Digital My Passport external drive, SN: WX70C8913136 |
| 52 | 1 | CIF10-151-0066 | Simpletech external storage DEVICES, SN: 96300-41001-170 |
| 53 | 1 | CIF10-151-0067 | Western Digital external storage DEVICES, SN: WCAV5A302207 |
| 54 | 1 | CIF10-151-0068 | Western Digital external storage DEVICES |
| 55 | 1 | CIF10-151-0069 | Western Digital external drive, SN: WCASJ0310473 |
| 56 | 1 | CIF10-151-0070 | USB thumb drive storage DEVICES, brown in color |
| 57 | 5 | CIF10-151-0071-- 0075 | Misc SanDisk Cruzer USB storage DEVICESs |
| 58 | 1 | CIF10-151-0077 | Western Digital internal hard drive, SN: WXE107043095 |
| 59 | 1 | CIF10-151-0078 | Western Digital external hard drive, SN: WD10000CO33 |
| 60 | 1 | CIF10-151-0079-- 0095 | Box of misc digital media |

10

242

2/24/2012

| | | | |
|---|---|---|---|
| 61 | 1 | CIF10-151-0096 | SanDisk SD card, SN: BE0711806245G |
| 62 | 1 | CIF10-151-0097 | Motorola cell phone, blue in color |
| 63 | 1 | CIF10-151-0098—0128 | Misc CDs and DVDs |
| 64 | 1 | CIF10-151-0129—0130 | PNY Micro SD |

11

243